As so modified, the orders should be affirmed, with $10 costs and disbursements to the respondent on each appeal.

ELECTRICAL EQUIPMENT & INSPECTING CO., Appellant, v. NEW YORK EDISON CO., Respondent. (Supreme Court, Appellate Division, First Department. March 20, 1908.) Appeal from Special Term. Action by the Electrical Equipment & Inspecting Company against the New York Edison Company. From an order denying relief from a stipulation, plaintiff appeals. Reversed. Henry M. Earle, for appellant. George Tiernan, for respondent.
PER CURIAM. The order should be reversed, with $10 costs and disbursements, and the case ordered upon the first calendar of the Trial Term, after service of a copy of the order to be entered upon this appeal.

ELLER et al., Respondents, v. AMMANN MFG. & CONST. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 11, 1908.) Action by Albert D. Eller and Pierre Many, copartners trading under the firm name and style of Eller & Many, against the Ammann Manufacturing & Construction Company, a corporation. No opinion. Order affirmed, with $10 costs and disbursements.

In re ELLIE. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908). In the matter of the application of Walter B. Ellie to compel the Buffalo, Lockport & Rochester Railway Company to erect a farm crossing, etc. No opinion. Order of reversal previously entered herein amended, by inserting therein the words "upon both the law and the facts."

ENNIS v. FEDERAL BREWING CO. (Supreme Court, Appellate Division, Second Department. February 28, 1908). In the matter of the application of James J. Ennis for the appointment of appraisers, etc., against the Federal Brewing Company. No opinion. Motion for leave to appeal to the Court of Appeals granted. See 108 N. Y. Supp. 230.

EPSTEIN v. LAZARUS. (Supreme Court, Appellate Division, First Department. April 16, 1908). Action by Harris Epstein against Morris Lazarus. No opinion. Motion granted, with $10 costs. Order filed.

EPSTEIN et al., Appellants, v. PALESTINE HEBREW WINE CO., Respondent. (Supreme Court, Appellate Division, First Department. March 20, 1908.) Appeal from Special Term. Suit for an injunction by Elias Wolf-Levine Epstein and others, doing business under the name of Camel Wine Company, against the Palestine Hebrew Wine Company. From an order denying the injunction, plaintiffs appeal. Affirmed. Walter F. Rogers, for appellants. Morris R. Gossett, for respondent.
PER CURIAM. Without expressing any opinion upon the merits, and leaving the questions of fact as to the right of the plaintiff to relief to be determined by the trial judge upon the trial of the action, we think the order appealed from should be affirmed, with $10 costs and disbursements.

ERIE COUNTY, Respondent, v. BALTZ et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by Erie county against George Baltz and others. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs. See 109 N. Y. Supp. 304.

ESWEIN, Respondent, v. HODGKINSON, Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by George Eswein against Edgar R. Hodgkinson. No opinion. Motion denied.

EVERETT, Appellant, v. HASKELL, Respondent. (Supreme Court, Appellate Division, First Department. March 20, 1908.) Action by Joseph H. Everett against Charles N. Haskell. N. D. Becker, for appellant. L. Marshall, for respondent. No opinion. Order affirmed, with costs. Order filed.

FAIRCHILD, Appellant, v. SEED, Respondent. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Ben. L. Fairchild against John H. Seed. No opinion. Motion granted, unless the plaintiff perfect his appeal and put the cause on the calendar in time for the next term of this court, in which case the motion is denied.

FARWELL, Respondent, v. SCHLAGER, Appellant. (Supreme Court, Appellate Division, Fourth Department, March 11, 1908.) Action by Almyra B. Farwell against Adelbert J. Schlager. No opinion. Motion granted, upon payment of $10 costs of this motion to the appellant, and record filed in this court ordered to be returned to the court below, to enable the plaintiff (respondent) to move at Special Term to correct and amend the report of the referee in said action.

FEE, Respondent, v. McVICKAR GAILLARD REALTY CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by John L. Fee against the McVickar Gaillard Realty Company, impleaded with another. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over in 20 days on payment of costs.

FELTMAN, Respondent, v. EHRLICH, Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Henry Feltman against Ferdinand Ehrlich. No opinion. Motion denied.

In re FENYVESSY. (Supreme Court, Appellate Division, Fourth Department. March 18, 1908.) In the matter of the application of Albert A. Fenyvessy for the removal of the J. H. Rebstock Company. No opinion. Order affirmed, with costs.

In re FENYVESSY. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) In the matter of the application of Albert A. Fenyvessy for the removal of J. H. Rebstock Company from certain premises in